IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN W. FISHBACK            *
    Plaintiff(s)
                                  *

    vs.                                      Civil Action No. JFM-11-612
                                  *

BOBBY SHEARIN, WARDEN, ET AL.        *
    Defendant(s)
                                ********

## MEMORANDUM

Plaintiff, who is appearing *pro* se[1] an inmate in the Maryland prison system and a frequent litigant in this court, has filed this action under 42 U.S.C. §1983. He claims that defendants interfered with his legal and personal mail. Defendants have filed a motion for summary judgment. Plaintiff has responded to the motion by filing a motion to compel and stating that he cannot respond to the summary judgment motion without receiving the information as to which he seeks discovery.

Plaintiff's motion to compel will be denied, and defendant's motion for summary judgment will be granted. The record established by defendant's motion establishes that as to any of the incidents in which he alleges that defendants interfered with his mail, plaintiff was not denied access to the courts. Rather, the record in this case (as well as the record of plaintiff's previous filings in this court) reflects that plaintiff has had complete access to this court. Under these circumstances he has no viable claim under 42 U.S.C. §1983.[2]

---

1 This court appointed counsel to represent plaintiff but, after disagreements between plaintiff and his counsel arose, this court granted a motion to withdraw filed by plaintiff's court-appointed counsel.

2 Plaintiff also asserts a claim under state law for intentional infliction of emotional distress. He has, however, asserted no facts suggesting that defendants acted with malice or gross negligence. Therefore, his claim for intentional infliction of emotional distress is also without merit. *See generally*, *Young v. City of Mt. Rainier*, 238

              /s/
              J. Frederick Motz
              United States District Judge

---

F.3d 567, 578-79 (4th Cir. 2001).